IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**MICHAEL BRAZELL, JR.**                                              **PLAINTIFF**
**ADC #500711**

**v.**                    **CASE NO. 2:16CV00038 BSM**

**AYANNA A. VINCENT and**
**L. ALLEN**                                                      **DEFENDANTS**

## **ORDER**

The recommended disposition submitted by United States Magistrate Judge Beth Deere has been reviewed. No objections have been filed. After careful consideration, the recommended disposition is hereby adopted in all respects.

Brazell's claims are dismissed without prejudice for failure to state a constitutional claim. In addition, his pending motion for a temporary restraining order [Doc. No. 3] is denied.

IT IS SO ORDERED this 5th day of July 2016.

_____
UNITED STATES DISTRICT JUDGE